UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 25-cv-1016 (JRT/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| Jorge Monsivais, | |
| Respondent. | |

Lucas B. Draisey, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE**, 300 S 4th St., Ste 600, Minneapolis, MN 55415, for Petitioner.

Ambroise Justin Decilap, Jr., Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER**, 300 S 4th St Ste 107, Minneapolis, MN 55415, for Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated October 3, 2025. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1.   The United States of America's Petition to Determine Present Mental Condition of an Imprisoned Person Under 18 U.S.C. § 4245 (Dkt. No. 1) is **GRANTED**.

Dated: December 10, 2025 at
Minneapolis, Minnesota

      s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge